**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kyle Keller, | **NO. CV-15-01318-PHX-JJT** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Trans Union LLC, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed January 3, 2017, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

January 3, 2017

s/ Linda Patton
By    Deputy Clerk